PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

FEB 13 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MARIA LUISA GONZALEZ, et al., <br><br> Defendants. | CASE NO. 2:16-CR-00110-TLN <br><br> ORDER TO FILE REDACTED COPY OF SUPERSEDING INDICTMENT |

The government's motion to unseal portions of the the superseding indictment and keep any reference to the remaining two defendants sealed, and file a redacted copy of the sealed superseding indictment is GRANTED.

Dated: February 13, 2017

_____
HON. ALLISON CLAIRE
United States Magistrate Judge