Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorney for:
Christina Gonzalez

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>v.<br><br>CHRISTINA GONZALEZ<br>                      Defendant | CASE NO. 2:16-CR-0110-TLN<br><br>WAIVER OF DEFENDANT'S APPEARANCE AND ORDER |

      The defendant, CHRISTINA GONZALEZ, hereby waives her right to be present in open court upon the hearing of any motion or other proceeding in this cause, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, plea, impanelment of a jury and imposition of sentence.  Defendant hereby request the court to proceed during every absence of her which the court may permit pursuant to this waiver; agrees that her interest will be deemed represented at all times by the presence of her attorney, the same as if the defendant were personally present; and further agrees to be present in court ready for trial any day and hour the court may fix in her absence.

      Defendant further acknowledges that she has been informed of her rights under Title 18 U.S.C. Section 3161 - 3174 (Speedy Trial Act), and has authorized her attorney to set times and delays under the provisions of that Act without defendant being present.

///

Dated: March 7, 2017 /s/ Christina Gonzalez
CHRISTINA GONZALEZ
Client

Dated: March 7, 2017 /s/ Dina L. Santos
DINA L. SANTOS
Attorney for
CHRISTINA GONZALEZ

IT IS SO ORDERED:

March 8, 2017

_____
Troy L. Nunley
United States District Judge

2