```
PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-00110-TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| MARIA LUISA GONZALEZ, ET AL., | DATE: May 4, 2017 |
| Defendants. | TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

1. By previous order, this matter was set for status on May 4, 2017.

2. By this stipulation, the defendants now move to continue the status conference until July 20, 2017, and to exclude time between May 4, 2017, and July 20, 2017, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The discovery associated with this case includes over 1,000 Bates numbered items, including hours of audio and video recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b) Counsel for defendants desire additional time to consult with their

1 clients, review the discovery, conduct investigation and research, and otherwise
2 prepare for trial.

3   c)   Counsel for defendants believe that failure to grant the above-
4 requested continuance would deny counsel the reasonable time necessary for
5 effective preparation, taking into account the exercise of due diligence.

6   d)   The government does not object to the continuance.

7   e)   Based on the above-stated findings, the ends of justice served by
8 continuing the case as requested outweigh the interest of the public and the
9 defendant in a trial within the original date prescribed by the Speedy Trial Act.

10   f)   For the purpose of computing time under the Speedy Trial Act, 18
11 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 4,
12 2017 to July 20, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§
13 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted
14 by the Court at defendants' request on the basis of the Court's finding that the ends
15 of justice served by taking such action outweigh the best interest of the public and
16 the defendant in a speedy trial.

17   4.   Nothing in this stipulation and order shall preclude a finding that other
18 provisions of the Speedy Trial Act dictate that additional time periods are excludable from
19 the period within which a trial must commence.

20   IT IS SO STIPULATED.

22 Dated: April 27, 2017                    PHILLIP A. TALBERT
                                           United States Attorney

24                                         /s/ JUSTIN L. LEE
                                           JUSTIN L. LEE
25                                         Assistant United States Attorney

STIPULATION RE: SPEEDY TRIAL ACT; FINDINGS AND ORDER        2

Dated: April 27, 2017         /s/ CLEMENTE JIMENEZ
                              CLEMENTE JIMENEZ
                              Counsel for Defendant
                              RENE OMAR PEREZ ESTRADA

Dated: April 27, 2017         /s/ DINA SANTOS
                              DINA SANTOS
                              Counsel for Defendant
                              CHRISTINA MARIA GONZALEZ

Dated: April 27, 2017         /s/ OLAF HEDBERG
                              OLAF HEDBERG
                              Counsel for Defendant
                              JORGE BERNAL FARIAS

Dated: April 27, 2017         /s/ MARK REICHEL
                              MARK REICHEL
                              Counsel for Defendant
                              MARIA LUISA GONZALEZ

# FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 28th day of April, 2017.

Troy L. Nunley
United States District Judge