PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>             v.<br><br>MARIA LUISA GONZALEZ, ET AL.,<br><br>                     Defendants. | CASE NO. 2:16-CR-00110-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: October 5, 2017<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

1. By previous order, this matter was set for status on October 5, 2017.

2. By this stipulation, the defendants now move to continue the status conference until December 14, 2017, at 9:30 a.m., and to exclude time between October 5, 2017, and December 14, 2017, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) On June 20, 2017, the United States produced 6,000 pages of additional discovery.

   b) On July 6, 2017, new counsel for Rene Omar Perez Estrada was substituted into the case.

   c) The discovery associated with this case includes over 7,000 Bates

numbered items, including hours of audio and video recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

      d)    Counsel for defendants desire additional time to consult with their clients, review the discovery, conduct investigation and research, and otherwise prepare for trial.

      e)    Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      f)    The government does not object to the continuance.

      g)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      h)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 5, 2017, to December 14, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

///

///

///

///

Dated:  October 3, 2017           PHILLIP A. TALBERT
                                  United States Attorney


                                  /s/ JUSTIN L. LEE
                                  JUSTIN L. LEE
                                  Assistant United States Attorney


Dated:  October 3, 2017           /s/ NICHOLAS F. REYES
                                  NICHOLAS F. REYES
                                  Counsel for Defendant
                                  RENE OMAR PEREZ ESTRADA


Dated:  October 3, 2017           /s/ DINA SANTOS
                                  DINA SANTOS
                                  Counsel for Defendant
                                  CHRISTINA MARIA GONZALEZ


Dated:  October 3, 2017           /s/ OLAF HEDBERG
                                  OLAF HEDBERG
                                  Counsel for Defendant
                                  JORGE BERNAL FARIAS


Dated:  October 3, 2017           /s/ MARK REICHEL
                                  MARK REICHEL
                                  Counsel for Defendant
                                  MARIA LUISA GONZALEZ


# FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 3rd day of October, 2017.

                                  _____
                                  Troy L. Nunley
                                  United States District Judge