Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160
Email: defense@dinasantos.com

Attorney for:
CHRISTINA GONZALEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MARIA GONZALEZ, et al.,<br>　　　　　　　Defendants | CASE NO.  2:16-CR-0110-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER TO CONTINUE CASE TO FEBRUARY 8, 2018 AT 9:30 A.M. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Justin Lee, and Defendant Maria Gonzalez, represented by Attorney Mark Reichel; Defendant Christina Gonzalez, represented by Attorney Dina L. Santos; Defendant Rene Omar Perez Estrada, represented by Attorney Nicholas Reyes; Defendant Jorge Bernal Farias, represented by Attorney Olaf Hedberg;  hereby stipulate as follows:

　　　1.　　By previous order, this matter was set for status on December 14, 2017.

　　　2.　　By this stipulation, defendant now moves to continue the status conference until February 8, 2018, at 9:30 a.m., and to exclude time between December 14, 2017, and February 8, 2018, under Local Code T4.  Plaintiff does not oppose this request.

　　　3.　　The parties agree and stipulate, and request that the Court find the following:

　　　　　a)　　Counsel for defendants desire additional time to continue to review discovery, to conduct investigationand to otherwise prepare for trial.

　　　　　b)　　Counsel for defendants believe that failure to grant the above-requested

continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        c)     The government does not object to the continuance.

        d)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        e)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 14, 2017, to February 8, 2018 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

    4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  December 11, 2017                       PHILLIP TALBERT
                                              United States Attorney

                                              /s/ Justin Lee
                                              JUSTIN LEE
                                              Assistant United States Attorney

Dated:  December 11, 2017                       /s/   Nicholas Reyes
                                              NICHOLAS REYES, ESQ.
                                              Attorney for Rene Omar Perez Estrada

Dated: December 11, 2017

/s/ Mark Reichel

MARK REICHEL, ESQ.
Attorney for Maria Luis Gonzalez

Dated: December 11, 2017

/s/ Dina L. Santos

DINA SANTOS, ESQ.
Attorney for Christina Gonzalez

Dated: December 11, 2017

/s/ Olaf Hedberg

OLAF HEDBERG, ESQ.
Attorney for Jorge Bernal Farias

## ORDER

IT IS SO FOUND AND ORDERED this 11th day of December, 2017.

Troy L. Nunley
United States District Judge