McGREGOR W. SCOTT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       v.<br><br>MARIA LUISA GONZALEZ, ET AL.,<br><br>             Defendants. | CASE NO. 2:16-CR-00110-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: February 8, 2018<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

1. By previous order, this matter was set for status on February 8, 2018.

2. By this stipulation, the defendants now move to continue the status conference until April 12, 2018, at 9:30 a.m., and to exclude time between February 8, 2018, and April 12, 2018, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) On June 20, 2017, the United States produced 6,000 pages of additional discovery.

   b) On July 6, 2017, new counsel for Rene Omar Perez Estrada was substituted into the case.

   c) The discovery associated with this case includes over 7,000 Bates

numbered items, including hours of audio and video recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

  d) Counsel for defendants desire additional time to consult with their clients, review the discovery, conduct investigation and research, and otherwise prepare for trial.

  e) Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  f) The government does not object to the continuance.

  g) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  h) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 8, 2018, to April 12, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

///
///
///
///

| | |
|---|---|
| Dated:  February 5, 2018 | McGREGOR W. SCOTT<br>United States Attorney |
| | |
| | /s/ JUSTIN L. LEE<br>JUSTIN L. LEE<br>Assistant United States Attorney |
| | |
| Dated:  February 5, 2018 | /s/ NICHOLAS F. REYES<br>NICHOLAS F. REYES<br>Counsel for Defendant<br>RENE OMAR PEREZ ESTRADA |
| | |
| Dated:  February 5, 2018 | /s/ DINA SANTOS<br>DINA SANTOS<br>Counsel for Defendant<br>CHRISTINA MARIA GONZALEZ |
| | |
| Dated:  February 5, 2018 | /s/ OLAF HEDBERG<br>OLAF HEDBERG<br>Counsel for Defendant<br>JORGE BERNAL FARIAS |
| | |
| Dated:  February 5, 2018 | /s/ MARK REICHEL<br>MARK REICHEL<br>Counsel for Defendant<br>MARIA LUISA GONZALEZ |

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 6th day of February, 2018.

_____
Troy L. Nunley
United States District Judge