MCGREGOR W. SCOTT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>                    v.<br><br>MARIA LUISA GONZALEZ, ET AL.,<br><br>                          Defendants. | CASE NO.  2:16-CR-00110-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: April 12, 2018<br>TIME:  9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

1.     By previous order, this matter was set for status on April 12, 2018.

2.     By this stipulation, the defendants now move to continue the status conference until May 10, 2018, and to exclude time between April 12, 2018, and May 10, 2018, under Local Code T4.

3.     The parties agree and stipulate, and request that the Court find the following:

        a)     On June 20, 2017, the United States produced 6,000 pages of additional discovery.

        b)     On July 6, 2017, new counsel for Rene Omar Perez Estrada was substituted into the case.

        c)     The discovery associated with this case includes over 7,000 Bates

1  numbered items, including hours of audio and video recordings. All of this discovery

2  has been either produced directly to counsel and/or made available for inspection

3  and copying.

4      d)    Counsel for defendants desire additional time to consult with their

5  clients, review the discovery, conduct investigation and research, and otherwise

6  prepare for trial.

7      e)    Counsel for defendants believe that failure to grant the above-

8  requested continuance would deny counsel the reasonable time necessary for

9  effective preparation, taking into account the exercise of due diligence.

10     f)    The government does not object to the continuance.

11     g)    Based on the above-stated findings, the ends of justice served by

12  continuing the case as requested outweigh the interest of the public and the

13  defendant in a trial within the original date prescribed by the Speedy Trial Act.

14     h)    For the purpose of computing time under the Speedy Trial Act, 18

15  U.S.C. § 3161, et seq., within which trial must commence, the time period of April

16  12, 2018, to May 10, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§

17  3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted

18  by the Court at defendants' request on the basis of the Court's finding that the ends

19  of justice served by taking such action outweigh the best interest of the public and

20  the defendant in a speedy trial.

21     4.    Nothing in this stipulation and order shall preclude a finding that other

22  provisions of the Speedy Trial Act dictate that additional time periods are excludable from

23  the period within which a trial must commence.

24     IT IS SO STIPULATED.

25  ///

26  ///

27  ///

28  ///

Dated:  April 10, 2018                    McGREGOR W. SCOTT
                                          United States Attorney


                                          /s/ JUSTIN L. LEE
                                          JUSTIN L. LEE
                                          Assistant United States Attorney


Dated:  April 10, 2018                    /s/ NICHOLAS F. REYES
                                          NICHOLAS F. REYES
                                          Counsel for Defendant
                                          RENE OMAR PEREZ ESTRADA


Dated:  April 10, 2018                    /s/ DINA SANTOS
                                          DINA SANTOS
                                          Counsel for Defendant
                                          CHRISTINA MARIA GONZALEZ


Dated:  April 10, 2018                    /s/ OLAF HEDBERG
                                          OLAF HEDBERG
                                          Counsel for Defendant
                                          JORGE BERNAL FARIAS


Dated:  April 10, 2018                    /s/ MARK REICHEL
                                          MARK REICHEL
                                          Counsel for Defendant
                                          MARIA LUISA GONZALEZ




**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 10th day of April, 2018.




_____
Troy L. Nunley
United States District Judge