1  McGREGOR W. SCOTT
   United States Attorney
2  JUSTIN L. LEE
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700

5  Attorneys for Plaintiff
   United States of America
6

7

8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO.  2:16-CR-00110-TLN

12                        Plaintiff,       STIPULATION REGARDING EXCLUDABLE
                                           TIME PERIODS UNDER SPEEDY TRIAL
13                  v.                     ACT; FINDINGS AND ORDER

14  MARIA LUISA GONZALEZ, ET AL.,          DATE: May 10, 2018
                                           TIME:  9:30 a.m.
15                        Defendants.      COURT: Hon. Troy L. Nunley

16

17                            **STIPULATION**

18      1.      By previous order, this matter was set for status on May 10, 2018.

19      2.      By this stipulation, the parties jointly request that the Court set this matter

20  for Jury Trial on January 14, 2019, at 9:00 a.m., and a Trial Confirmation Hearing on

21  November 29, 2018, at 9:30 a.m., and to exclude time between May 10, 2018, and January

22  14, 2019, under Local Code T4.

23      3.      The parties agree and stipulate, and request that the Court find the

24  following:

25          a)      On June 20, 2017, the United States produced 6,000 pages of

26  additional discovery.

27          b)      On July 6, 2017, new counsel for Rene Omar Perez Estrada was

28  substituted into the case.

STIPULATION RE: SPEEDY TRIAL ACT; FINDINGS        1
AND ORDER

1         c)     The discovery associated with this case includes over 7,000 Bates

2    numbered items, including hours of audio and video recordings. All of this discovery

3    has been either produced directly to counsel and/or made available for inspection

4    and copying.

5         d)     Counsel for defendants desire additional time to consult with their

6    clients, review the discovery, conduct investigation and research, and otherwise

7    prepare for trial.

8         e)     Counsel for defendants believe that failure to grant the above-

9    requested continuance would deny counsel the reasonable time necessary for

10   effective preparation, taking into account the exercise of due diligence.

11        f)     The government does not object to the continuance.  If any counsel or

12   defendant becomes medically unavailable for trial between May 10, 2018, and the

13   scheduled trial date, counsel will immediately notify the Court.

14        g)     Based on the above-stated findings, the ends of justice served by

15   continuing the case as requested outweigh the interest of the public and the

16   defendant in a trial within the original date prescribed by the Speedy Trial Act.

17        h)     For the purpose of computing time under the Speedy Trial Act, 18

18   U.S.C. § 3161, et seq., within which trial must commence, the time period of May

19   10, 2018, to January 14, 2019, inclusive, is deemed excludable pursuant to 18

20   U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance

21   granted by the Court at defendants' request on the basis of the Court's finding that

22   the ends of justice served by taking such action outweigh the best interest of the

23   public and the defendant in a speedy trial.

24        4.     Nothing in this stipulation and order shall preclude a finding that other

25   provisions of the Speedy Trial Act dictate that additional time periods are excludable from

26   the period within which a trial must commence.

27        IT IS SO STIPULATED.

28   ///

STIPULATION RE: SPEEDY TRIAL ACT; FINDINGS      2
AND ORDER

1   Dated:  May 8, 2018                          McGREGOR W. SCOTT
2                                                United States Attorney

3                                                /s/ JUSTIN L. LEE
4                                                JUSTIN L. LEE
                                                 Assistant United States Attorney
5

6   Dated:  May 8, 2018                          /s/ NICHOLAS F. REYES
7                                                NICHOLAS F. REYES
                                                 Counsel for Defendant
8                                                RENE OMAR PEREZ ESTRADA

9
    Dated:  May 8, 2018                          /s/ DINA SANTOS
10                                               DINA SANTOS
                                                 Counsel for Defendant
11                                               CHRISTINA MARIA GONZALEZ

12

13  Dated:  May 8, 2018                          /s/ OLAF HEDBERG
                                                 OLAF HEDBERG
14                                               Counsel for Defendant
                                                 JORGE BERNAL FARIAS
15

16
    Dated:  May 8, 2018                          /s/ MARK REICHEL
17                                               MARK REICHEL
                                                 Counsel for Defendant
18                                               MARIA LUISA GONZALEZ

19

20

21                          **FINDINGS AND ORDER**

22          IT IS SO FOUND AND ORDERED this 8th day of May, 2018.

23

24

25

26  _____
    Troy L. Nunley
27  United States District Judge

28

STIPULATION RE: SPEEDY TRIAL ACT; FINDINGS        3
AND ORDER